## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
JAMES MILLER,

                Plaintiff,                  20 **CIVIL** 2950 (NSR)

    -against-                          **JUDGMENT**

AHEARN et al.,

                Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, Defendants' motion for summary judgment is GRANTED and all of Plaintiff's claims are dismissed. Judgment is entered in favor of the Defendants, and the case is closed.

**Dated:** New York, New York
         August 21, 2024

                                                **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                              **BY:**         _[signature]_
                                               **Deputy Clerk**