```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                            :

MILLER,                                                                       :

        Plaintiff,                                             :          ORDER
                                              :          20-cv-2950 (NSR)

               -against-                                  :

AHEARN *et al*,                                                        :
    Defendants.                                                       :
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

       In light of Plaintiff's counsel's withdrawal, the Telephone Conference scheduled for June 11, 2026 at 2:00 p.m. is hereby ADJOURNED to July 29, 2026 at 2:00 p.m. via teleconference.

       Plaintiff is directed to inform the Court, in advance of the conference, whether Plaintiff intends to proceed pro se or has retained new counsel. If Plaintiff has retained new counsel, counsel is directed to file a notice of appearance on the docket. To access the teleconference, the parties shall follow these directions: (1) dial the Meeting Number: 855-244-8681; (2) enter the Access Code: 2310 494 3855 #; and (3) press # again to enter the teleconference.

Dated: June 3, 2026
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1