UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MILLER,

                Plaintiff,

                   v.                    **CERTIFICATE OF SERVICE**

KELLY AHEARN et al.,                **Case No. 7:20-02950-NSR-JCM**

                Defendants.

        I hereby certify that on July 16, 2026, my office mailed the following documents: Status Report with Order (Document 108), via the United States Postal Service, to the following non-CM/ECF participants:

        **James Miller**
        PO Box 2321
        Newburgh, New York 12550

Dated: July 16, 2026

                              JOSHUA R. FRIEDMAN
                              LAMARCHE SAFRANKO LAW PLLC
                              Attorneys for Defendants
                              987 New Loudon Road
                              Cohoes, NY  12047