UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES MILLER,

Plaintiff,

–against– No. 20 Civ. 2950 (NSR)

KELLY AHEARN, et al., **ORDER**

Defendants.
---------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

On June 3, 2026, the Court granted Plaintiff's counsel's motion to withdraw and directed Plaintiff to appoint new counsel on or before July 20, 2026 or be considered to be proceeding pro se. (ECF No. 105.) That deadline has passed, and no attorney has entered an appearance on Plaintiff's behalf. Plaintiff is therefore deemed to be proceeding pro se. Plaintiff shall keep a current mailing address on file with the Clerk of Court.

In light of the Second Circuit's mandate vacating the judgment and remanding this case (ECF No. 102), supplemental briefing on Defendants' motion for summary judgment (ECF No. 75) is warranted to address any changes in the law and the effect of the Second Circuit's decision on the pending motion. The parties are directed to proceed in accordance with the following briefing schedule:

1. Defendants' supplemental memorandum of law shall be served (not filed) on or before August 28, 2026;
2. Plaintiff's opposition papers shall be served (not filed) on or before September 28, 2026; and
3. Defendants' reply papers shall be served on or before October 13, 2026.

Defendants are directed to file all supplemental briefing documents (including pro se Plaintiff's opposition) on the reply date, October 13, 2026. Defendants are further directed to mail two physical copies and email one electronic copy of all supplemental briefing documents (including pro se Plaintiff's papers) to Chambers at the time they are served.

Defendants shall serve a copy of this Order on Plaintiff and file proof of service on the docket.

Dated: July 30, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge