UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JAMES MILLER,

Plaintiff,

–against–

No. 20 Civ. 2950 (NSR)

KELLY AHEARN, et al.,

**ORDER**

Defendants.
--------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

On September 17, 2024, Defendants filed a statement noting the death of Defendant James LaManna ("LaManna"), who died on July 2, 2024. (ECF No. 100.) If a motion for substitution is not made within ninety days after service of a statement noting a party's death, "the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). The statement was served on all parties in accordance with Rule 5 and validly commenced the ninety-day period; it was not required to identify LaManna's successor or representative. *See Unicorn Tales, Inc. v. Banerjee*, 138 F.3d 467, 470 (2d Cir. 1998). That period expired on December 16, 2024. No motion for substitution, or for an extension of time under Rule 6(b)(1)(B), has been made, including in the months since the Second Circuit's mandate issued (ECF No. 102) and the Court directed the parties to address this issue (ECF No. 108). The claims against LaManna are therefore DISMISSED pursuant to Rule 25(a)(1).

The dismissal is without prejudice. Dismissal under Rule 25(a)(1) rests on a procedural default rather than an adjudication of the merits, and the ninety-day period here elapsed entirely while the case was closed and on appeal. This disposition is without prejudice to a motion by Plaintiff, made pursuant to Rules 6(b)(1)(B) and 60(b) and supported by a showing of excusable neglect, to restore the claims and substitute a proper party. The Clerk of Court is respectfully

directed to terminate James LaManna. Defendants shall serve a copy of this Order on Plaintiff and file proof of service on the docket.

Dated: July 30, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge